S. LANE TUCKER
United States Attorney

ADAM ALEXANDER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Email: adam.alexander@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | No. 3:23-cr-00043-SLG-KFR |
|---|---|
| Plaintiff, | COUNTS 1 - 2:<br>SEX TRAFFICKING OF A MINOR<br>  Vio. of 18 U.S.C. §§ 1591(a)(1) and 1594(a) |
| v. | |
| LEVERON MOORE, | COUNTS 3 - 4:<br>SEXUAL EXPLOITATION OF A CHILD – PRODUCTION OF CHILD PORNOGRAPHY<br>  Vio. of 18 U.S.C. § 2251(a), (e) |
| Defendant. | |
| | COUNTS 5 - 6:<br>COERCION AND ENTICEMENT OF A MINOR<br>  Vio. of 18 U.S.C. §2422(b) |
| | COUNT 7:<br>SEXUAL EXPLOITATION OF A CHILD – POSSESSION OF CHILD PORNOGRAPHY<br>  Vio. of 18 U.S.C. § 2252A(a)(5)(B), (b)(2) |

# INDICTMENT

The Grand Jury charges that:

## COUNT 1

Between an exact date unknown to the Grand Jury, and on or about March 21, 2023, within the District of Alaska, in and affecting interstate commerce, the defendant, LEVERON MOORE, did knowingly recruit, entice, harbor, transport, provide, obtain, maintain, patronize, and solicit a person, to wit: JUVENILE VICTIM 1 (born March, 2006), and attempt to do so, knowing that any combination of such means would be used to cause the person to engage in a commercial sex act, and knowing and in reckless disregard that JUVENILE VICTIM 1 had not attained the age of 18 years old, and having had reasonable opportunity to observe that person.

All of which is in violation of 18 U.S.C. §§ 1591(a)(1) and 1594(a).

## COUNT 2

Between an exact date unknown to the Grand Jury, and on or about March 21, 2023, within the District of Alaska, in and affecting interstate commerce, the defendant, LEVERON MOORE, did knowingly recruit, entice, harbor, transport, provide, obtain, maintain, patronize, and solicit a person, to wit: JUVENILE VICTIM 2 (born October, 2006), and attempt to do so, knowing that any combination of such means would be used to cause the person to engage in a commercial sex act, and knowing and in reckless disregard that JUVENILE VICTIM 2 had not attained the age of 18 years old, and having had reasonable opportunity to observe that person.

All of which is in violation of 18 U.S.C. §§ 1591(a)(1) and 1594(a).

COUNT 3

Between an exact date unknown to the Grand Jury, and on or about March 21, 2023, within the District of Alaska, the defendant, LEVERON MOORE, did employ, use, persuade, induce, entice, and coerce a minor, to wit: JUVENILE VICTIM 1 (born March, 2006), with the intent that such minor engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing that such visual depiction will be transported and transmitted using any means and facility of interstate and foreign commerce; was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer; and was transported and transmitted using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce.

All of which is in violation of 18 U.S.C. § 2251(a), (e).

COUNT 4

Between a date unknown to the Grand Jury, and on or about March 21, 2023, within the District of Alaska, the defendant, LEVERON MOORE, did employ, use, persuade, induce, entice, and coerce a minor, to wit: JUVENILE VICTIM 2 (born October 2006), with the intent that such minor engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing that such visual depiction will be transported and transmitted using any means and facility of interstate and foreign commerce; was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including

by computer; and was transported and transmitted using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce.

All of which is in violation of 18 U.S.C. § 2251(a), (e).

COUNT 5

Between an exact date unknown to the Grand Jury, and on or about March 21, 2023, within in the District of Alaska and elsewhere, the defendant, LEVERON MOORE, using the mail and any means and facility of interstate and foreign commerce, did knowingly induce, entice, and coerce JUVENILE VICTIM 1 (born March, 2006), an individual who he knew had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, to wit: Production of Child Pornography, in violation of 18 U.S.C. § 2251(a); and Sex Trafficking of Children, in violation of 18 U.S.C. § 1591.

All of which is in violation of 18 U.S.C. § 2422(b).

COUNT 6

Between an exact date unknown to the Grand Jury, and on or about March 21, 2023, within in the District of Alaska and elsewhere, the defendant, LEVERON MOORE, using the mail and any means and facility of interstate and foreign commerce, did knowingly induce, entice, and coerce JUVENILE VICTIM 2 (born October, 2006), an individual who he knew had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, to wit:

Production of Child Pornography, in violation of 18 U.S.C. § 2251(a); and Sex Trafficking of Children, in violation of 18 U.S.C. § 1591.

All of which is in violation of 18 U.S.C. § 2422(b).

## COUNT 7

Between an exact date unknown to the Grand Jury, and on or about March 21, 2023, within in the District of Alaska and elsewhere, the defendant, LEVERON MOORE, did knowingly possess material that contained child pornography, which had been shipped and transported using any means and facility of interstate and foreign commerce, and which was produced using materials which have been mailed, shipped, and transported in and affecting interstate and foreign commerce, by any means, including by computer; to wit one Motorola Moto D4 cellular telephone labeled FBI evidence number 1B14.

All of which is in violation of 18 U.S.C. §2252A(a)(5)(A) and (b)(2).

A TRUE BILL.

                                                s/ Grand Jury Foreperson
                                                GRAND JURY FOREPERSON

s/ Adam Alexander
ADAM ALEXANDER
Assistant U.S. Attorney
United States of America

s/ S. Lane Tucker
S. LANE TUCKER
United States Attorney
United States of America

DATE: _____ April 20, 2023 _____